lant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict herein is clearly a compromise verdict.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WIRTSCHAFTER, REV & Co., INC., Respondent, v. NATHAN T. SCHWARTZ and Others, Appellants.— Judgment affirmed, with costs.     No opinion.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LYDIA E. GILMORE, Appellant, v. STUARD HIRSCHMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements.     No opinion.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ..

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. FRANK LILLY, Appellant.— Judgment affirmed.     No opinion.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWIN V. MACDONALD and Another v. DAVID BRENNER.— Motion to dismiss appeal granted with respect to item No. 1 of Schedule A annexed to the complaint, and the action severed; that judgment be entered in favor of the plaintiff for $650, the amount of said item, with interest thereon from July 14, 1925, to date of entry of such judgment, but without costs; the appeal to proceed as to the remaining issues, with leave to respondent to renew the motion as to item No. 2 upon the record; and in other respects the said motion is denied.     Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Application of WOLLMAN SILK CORPORATION, re Arbitration Proceeding between WOLLMAN SILK CORPORATION and VANITY FABRICS CORPORATION.— Motion denied, with ten dollars costs, and stay vacated.     Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HENRY M. WYKES v. CHARLES F. STREET.— Motion granted.     Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. PHILIPPINE NATIONAL BANK, Respondent.— Judgment affirmed, with costs.     No opinion.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES C. COLGATE and Others, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment affirmed, with costs.     No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAMUEL JACKSON, as Executor, etc., of ISABELLA GATSLICK, Deceased.— Decree so far as appealed from affirmed, with costs.     No opinion.     Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS ZEIFF, Appellant, Impleaded, etc.— Judgment affirmed.     No opinion.     Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

JOSEPH LICHTENTHAL and Another, Respondents, v. JACOB COHEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term, upon the ground that the plaintiffs are entitled to a delivery of the list of customers provided for in the agreement of sale and that under the circumstances shown the plaintiffs would not have an adequate remedy at law for damages for failure to deliver such list.     Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.